AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

RHETA CHAMBERLAIN,

     Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00100-RCJ-VPC**

FEDERAL BUREAU OF
INVESTIGATION, et al.,

     Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice.

  November 4, 2009                         **LANCE S. WILSON**
                                                           Clerk

                                                             /s/ D. R. Morgan
                                                               Deputy Clerk